DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSE CASTELAN-MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-2830
_____

November 14, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.


SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.